| | |
|---|---|
| 1 | Nathaniel Clark (CSB No. 276621) |
| 2 | *nathaniel.h.clark@gmail.com* |
| 3 | Seaton Tsai (CSB No. 271408) |
| | *seaton.tsai@gmail.com* |
| 4 | 444 So. Flower Street, Suite #2300 |
| 5 | Los Angeles, CA  90071 |
| | Telephone: 626.673.5180 |
| 6 | |
| 7 | *Attorneys for Plaintiff,*<br>SHANT DARAKJIAN |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANT DARAKJIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, dba Verizon Wireless, a Delaware corporation; LOANDEPOT.COM, LLC, a Delaware corporation; RESORTSTAY INTERNATIONAL, LLC, a Nevada corporation; BQ RESORTS, LLC, a Delaware corporation; MARKETLAB RESEARCH, INC., d.b.a. Focus Point Global, a Pennsylvania corporation; an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-02414-SJO-JEM<br><br>[Hon. S. James Otero]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO DEFENDANT LOANDEPOT.COM, LLC**<br><br>Complaint filed:    April 1, 2015<br><br>Trial:    January 27, 2016 |

///

///

///

///

///

IRactive-6613705.2

Plaintiff Shant Darakjian, by and through his counsel, and Defendant loanDepot.com, LLC, by and through its counsel, hereby agree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action, Case No. 2:15-cv-02414-SJO-JEM, shall be dismissed in its entirety *with* prejudice as to Defendant loanDepot.com, LLC, with each party bearing its own attorneys' fees and costs.

DATED: August 17, 2015

By: */s/ Nathaniel Clark*
Nathaniel Clark
Seaton Tsai
*Attorneys for Plaintiff*
SHANT DARAKJIAN

DATED: August 17, 2015

CROWELL & MORING LLP

By: */s/ Van-Dzung V. Nguyen*
Steven D. Allison
Van-Dzung V. Nguyen
*Attorneys for Defendant*
LOANDEPOT.COM, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 17, 2015

By: */s/ Nathaniel Clark*
Nathaniel Clark
Seaton Tsai
*Attorneys for Plaintiff*
SHANT DARAKJIAN